# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 3 1 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Mark Carpenter | ) | P:12-MJ-953 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 6 & 11, 2012__ in the county of __Ft. Davis & Reeves__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a)(1) | Possession with intent to distribute a controlled substance, to-wit: approximately four (4) 50 mg Vyvanse / Lisdexamfetamine, a schedule II controlled substance; |
| 21 U.S.C. 849 | Commiting such offense at a truck stop within 2,500 feet of the National System of Interstate and Defense Highways or Federal-Aid Primary System. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

FILING OF COMPLAINT
APPROVED BY
U.S. ATTORNEY

_____
Complainant's signature

Curtis F. Lilley, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/31/2012__

_____
Judge's signature

City and state: __Alpine, Texas__    B. Dwight Goains, U.S. Magistrate Judge
_____
Printed name and title

United States of America
vs
Mark Carpenter

## ATTACHMENT A

On September 18, 2012, the United States Department of Homeland Security (DHS), Office of Inspector General (OIG), Alpine, Texas received information that Mark Carpenter, Immigration Enforcement Agent (IEA), United States Immigration and Customs Enforcement (ICE), Pecos, Texas was offering to provide/sell steroids and other prescription medications to co-workers.

On October 6, 2012, in an undercover operation conducted by DHS OIG and the Texas Department of Public Safety (TX DPS), Criminal Investigations Division (CID), undercover personal met with Mark Carpenter in Fort Davis, Texas at which time Carpenter delivered one (1) 50 mg. capsule of Vyvanse / Lisdexamfetamine, a central nervous system stimulant and Schedule II Controlled Substance. During this meeting, Carpenter bragged to undercover personal about using steroids, ecstasy, and other prescription central nervous system stimulants and instructed undercover personal on what symptoms to tell a doctor in order to obtain a prescription for such drugs. Carpenter discussed future drug purchases with undercover personnel.

On October 11, 2012, in another undercover operation conducted by DHS OIG and TX DPS CID, undercover personnel again met with Carpenter at the Flying J Truck Stop, located at 100 E. Pinehurst, Interstate Highway 20 and U.S. Highway 285, in Pecos, Reeves County, Texas. Surveillance observed Mark Carpenter depart the DHS ICE Office, located at 250 E. Palmer, Pecos, Texas, in a U.S. Government Chevrolet Van, later identified as displaying Unit # P174173 and official DHS Government License 33930, traveling to the Flying J Truck Stop. Carpenter was observed by surveillance arriving at the Flying J Truck Stop and meeting with undercover personnel. Mark Carpenter sold three (3) 50 mg. capsules of Vyvanse / Lisdexamfetamine, a Schedule II Controlled Substance, contained in a clear plastic baggie for $30, United States currency, to an undercover Agent. Surveillance teams then observed Carpenter depart the Flying J Truck Stop and return to the ICE Office.

The undercover meeting which occurred on October 11, 2012, was arranged by way of cellular telephone conversations between an undercover Agent and Carpenter via text messages sent between a cellular telephone under the control of undercover personnel and cellular telephone 432-530-3439 utilized by Mark Carpenter.

Both drug transactions on October 6, 2012 and October 11, 2012 occurred in the Western District of Texas.

_____
Curtis F. Lilley, Special Agent
U.S. Department of Homeland Security
Office of Inspector General


Sworn to and subscribed before me on the 31st day of October, 2012

_____
B. Dwight Goains, United States Magistrate Judge
Alpine, Texas